UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN HURLBURT #281679,

       Plaintiff,

v.                                                                                              Case No. 10-14970
                                                                                                  Honorable Denise Page Hood
DARRELL PARKER et *al.*,

       Defendants.

_____/

**JUDGMENT**

       **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date February 29, 2012, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

       Dated at Detroit, Michigan this 29th day of February, 2011.

                                                               DAVID J. WEAVER
                                                               CLERK OF THE COURT
                                                               BY: s/LaShawn R. Saulsberry
                                                                    Deputy Clerk

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

       I hereby certify that a copy of the foregoing document was mailed to Steven Hurlburt 281679, 1013 14th Street, Port Huron, MI 48060 and the attorneys of record on this date, Wednesday, February 29, 2012, by electronic and/or ordinary mail.

                                                               s/LaShawn R. Sauslberry
                                                               Case Manager